[No. 26140-5-II.   Division Two.   November 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW HUTTO, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 00-1-00024-2, George L. Wood, J., entered June 9, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 26266-5-II.   Division Two.   November 9, 2001.]

DENIS J. LACROSSE, ET AL., *Respondents*, v. STEPHEN BROWN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-2-02925-4, M. Karlynn Haberly, J., entered July 7, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 26268-1-II.   Division Two.   November 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN J. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-1-00998-9, William J. Kamps, J., entered August 4, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Quinn-Brintall, J.

[No. 26277-1-II.   Division Two.   November 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. NED RAY EVERSOLE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00932-8, Stephen M. Warning, J., entered August 7, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Morgan and Bridgewater, JJ.